# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### United States Probation Office

---

## I N T E R O F F I C E   M E M O R A N D U M

---

**TO:** Stephanie Deutsch, Courtroom Deputy
of the Honorable Morrison C. England, Jr.

**FROM:** Wendy E. Reyes
United States Probation Officer

**DATE:** September 8, 2010

**SUBJECT:** Dawn Michelle MILLER
Docket Number:  2:06CR00324-01
<u>REQUEST FOR CONTINUANCE</u>

---

This is to advise that we are requesting this matter be continued on Your Honor's calendar from September 9, 2010, to September 16, 2010, at 9:00 a.m. for status on a violation of a term of supervised release.  All parties are in agreement to the continuance.

**Reviewed by:**    /s/ Richard W. Elkins for
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

WER/cj

cc:  Probation Office
Jared Dolan, Assistant United States Attorney
Dennis Waks, Defense Counsel

**__XX__ Approved**

**____ Disapproved**

Dated: September 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (NO SCHED).WPD